UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLAMINGMOON KIME,<br><br>Defendant. | Case No. CR14-231RSL<br><br>ORDER REDUCING TERM<br>OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release." Dkt. #41. Defendant moves for early termination of his three-year term of supervision. Having reviewed defendant's motion, the government's response, and the remainder of the record, the Court finds as follows:

(1) On October 23, 2014, defendant pled guilty to one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Dkt. #23. On January 16, 2015, the Court sentenced defendant to 60 months' imprisonment with three years of supervised release. Dkt. #35. Defendant was released from the custody of the Federal Bureau of Prisons ("BOP") on December 17, 2018, when he began his three-year term of supervised release.

(2) The Court commends defendant on his performance while on supervision. However, viewing the record as a whole, the Court finds that the conduct of the defendant and the interest of justice warrant a one-year reduction in the current term of supervised release. 18 U.S.C. § 3583(e).

ORDER REDUCING TERM OF SUPERVISED RELEASE - 1

(3) Accordingly, defendant's request for early termination is GRANTED in part. IT IS HEREBY ORDERED that defendant's current term of supervised release be shortened to a term of two years. Defendant shall be discharged from supervised release on December 17, 2020.

The Clerk of Court is directed to send copies of this Order to all counsel of record and to the United States Probation Office.

DATED this 5th day of October, 2020.

Robert S. Lasnik
United States District Judge

ORDER REDUCING TERM OF SUPERVISED RELEASE - 2